## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| | ) | **08:10CR146** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **ORDER AUTHORIZING** |
| | ) | **DISCLOSURE** |
| **Plaintiff,** | ) | **OF GRAND JURY MATTER** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RICHARD COSTANZO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion (Filing No. 213) by John E. Higgins, Assistant United States Attorney, for an Order authorizing the disclosure of a grand jury matter in connection with this judicial proceeding, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E).

**IT IS ORDERED:**

The plaintiff's Motion for Disclosure of Grand Jury Matter (Filing No. 213) is granted.

**IT IS FURTHER ORDERED:**

1.     In order to evaluate contested issues and prepare its reports to the Court, the United States Probation Office needs to refer to and report on testimony that occurred before a grand jury.

2.     Disclosure of a grand jury matter by the United States, including the United States Probation Office, is hereby authorized in connection with sentencing in the above-captioned judicial proceeding.

Dated this 24th day of August, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge