IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  RICHARD COSTANZO,  Defendant. | 8:10CR146  ORDER |

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  RICHARD COSTANZO,  Defendant. | 8:10CR425  ORDER |

Before the court is pro se defendant Richard Costanzo's Motion to Return Property Pursuant to Fed. R. Crim. P. 41(g)  (Filing No. 64 in 8:10CR146 and Filing No. 64 in 8:10CR425).

IT IS ORDERED that the government is given 14 days to file a response to the defendant's motion.

Dated this 1st day of August, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge