IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>RICHARD COSTANZO,<br><br>                Defendant. | **8:10CR146**<br>**8:10CR425**<br><br>**ORDER** |

      This matter is before the court on defendant's Motion to Order Government to Serve Its Response and Extension to Then Reply, Fling No. 330, in 8:10CR425, and Filing No. 330 in 8:10CR146. The pro se defendant indicates that he did not receive by U.S. Mail the government's Response filed on August 15, 2012. Accordingly,

      IT IS ORDERED:

      1. The Clerk's Office shall mail a copy of the government's Response, Fling No. 326 in 8:10CR425 and Filing 326 in 8:10CR146, to the defendant at his address on the docket sheet.

      2. The defendant shall file his objections/reply to the government's Response to the Motion for Return of Property within 21 days of the date of this order.

      Date: August 27, 2012

                                                      BY THE COURT:

                                                      s/ Joseph F. Bataillon
                                                      United States District Judge