# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CR146 |
| | ) | 8:10CR425 |
| vs. | ) | |
| | ) | ORDER |
| RICHARD COSTANZO, | ) | |
| Defendant. | ) | |

This matter is before the court on the motions of defendant Richard Costanzo (Costanzo) to provide documents (Filing No. 346 in 8:10CR146 and Filing No. 84 in 8:10CR425). Costanzo seeks an order from the court directing his counsel, James Martin Davis, to provide Costanzo with Costanzo's case file in order to prepare his request for post-conviction relief. The motions have been referred to the undersigned magistrate judge for disposition.

James Martin Davis shall file a response to such motions **on or before March 21, 2013.**

**IT IS SO ORDERED.**

DATED this 12th day of March, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge