IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>RICHARD COSTANZO,<br><br>    Defendant. | 8:10CR146 and 8:10CR425<br><br>**ORDER** |

  This matter is before the court on defendant's motion asking this court to reconsider its previous ruling with regard to certain property in the possession of law enforcement. Filing No. 372 in 8:10CR146 and Filing No. 112 in 8:10CR425. The court previously reviewed defendant's request and concluded that "the court agrees and finds the government has complied with this court's order to the best of its ability. The court further agrees that requiring the government to separate the personal versus the criminal enterprise pictures on the CDs is unduly burdensome and difficult." Filing No. 371 at 3 in 8:10CR146 and Filing No. 111 at 3 in 8:10CR425  The court has again reviewed the defendant's request and finds the circumstances remain the same and that the government has complied with this court's order to the best of its ability. Accordingly, the court will deny the defendant's motion.

  THEREFORE, IT IS ORDERED that defendant's motion for reconsideration, Filing No. 372 in 8:10CR146 and Filing No. 112 in 8:10CR425, is denied.

  Dated this 15th day of September, 2014.

                BY THE COURT:

                s/ Joseph F. Bataillon
                United States District Judge