IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>RICHARD COSTANZO,<br><br>    Defendant. | 8:10CR146 and 8:10CR425<br><br>ORDER |

This matter is before the court on defendant's second motion to reconsider its previous ruling with regard to certain property in the possession of law enforcement. Filing No. 374 in 8:10CR146 and Filing No. 114 in 8:10CR425.  Pursuant to this court's Memorandum and Order entered on February 19, 2014, Filing No. 371 in 8:10CR146 and Filing No. 111 in 8:10CR425, the court finds defendant's second motion to reconsider is repetitive and lacks merit, and accordingly is denied.

  SO ORDERED.

  Dated this 23rd day of October, 2014.

                     BY THE COURT:

                     s/ Joseph F. Bataillon
                     Senior United States District Judge